

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

13 CV 4947

CMA CGM (AMERICA) LLC,

          Plaintiff,

-against-

GLOBAL ENTERPRISE WORLDWIDE, LLC,

          Defendant.

  Plaintiff CMA CGM (AMERICA) LLC, by its undersigned attorneys, as and for its complaint against defendant GLOBAL ENTERPRISE WORLDWIDE, LLC alleges as follows:

  1. This is a case of admiralty and maritime jurisdiction within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Jurisdiction is based upon 28 U.S.C. § 1333, as well as the Court's pendent, supplementary and ancillary jurisdiction.

  2. Pursuant to the agreement between plaintiff and defendant, the District Court for the Southern District of New York is the proper forum for disputes arising thereunder.

  3. Plaintiff CMA CGM (AMERICA) LLC, is, and at all relevant times was, a limited liability corporation incorporated under the laws of the State of New Jersey with a principal place of business at 5801 Lake Wright Drive Norfolk, Virginia.

  4. Upon information and belief, defendant GLOBAL ENTERPRISE WORLDWIDE, LLC is, and at all relevant times was, a limited liability company incorporated under the laws of the State of Delaware with a principal place of business at 1201 N. Orange St., No. 700, Wilmington, Delaware.

  5. For the benefit of defendant, plaintiff provided and/or arranged ocean

transportation and related work, materials, labor and/or services at an agreed upon price pursuant to agreements set forth, and incorporated by reference, in plaintiff's bills of lading NA1973188, NA2255397, NA2312773, NA2312941, NA2315989, NA2315996, NA2316131 NA2317627 and NA2317718 (the "Bills of Lading") annexed hereto as Exhibit A.

6. In connection with the transportation and related work, materials, labor and/or services provided under the Bills of Lading, plaintiff issued to defendant invoices NAEX1176537, NAEX1169546, NAEX1183375, 75558, NAEX1254547, NAEX1246617, NAEX1239110, 80298, NAEX1248805, NAEX1248804, NAEX1243542, NAEX1255628, NAEX1279430, 80299, NAEX1279431, NAEX1243541, NAEX1251640, NAEX1279440, NAEX1279441, 80300, 80609, NAEX1243540, NAEX1251637, NAEX1284666, 80538, NAEX1284667, 80540, NAEX1284674, 80610, NAEX1284673, NAEX1246818, NAEX1254325, NAEX1246845, NAEX1254335, NAEX1284682, 80541, 80611, NAEX1284681 (the "Invoices") annexed hereto as Exhibit B.

7. The total amount due and owing to plaintiff under the Invoices is $348,600.50.

8. Plaintiff brings this action on its own behalf and as agent for CMA CGM and any other party with an interest in the subject matter hereof and has fulfilled all conditions precedent.

## FIRST CLAIM

9. Plaintiff repeats and realleges the allegations set forth in paragraphs 1 through 8 hereof.

10. Defendant is, and at all relevant times, was contractually obligated to pay for the transportation and related work, materials, labor and services provided by plaintiff in connection with the aforementioned Bills of Lading.

11. Defendant has failed and refused to pay as agreed for the aforementioned transportation and related work, materials, labor and services provided by plaintiff.

12. Plaintiff has duly performed all of its contractual duties and obligations.

13. By reason of defendant's breach of contract, defendant is liable to plaintiff in the amount of $348,600.50, plus interest, attorneys' fees and costs.

## SECOND CLAIM

14. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 13 hereof.

15. Upon information and belief, defendant received and retained a statement of account and the aforementioned Bills of Lading without objection.

16. Upon information and belief, defendant had an account stated with plaintiff.

17. By reason of the foregoing, defendant is liable to plaintiff in the amount of $348,600.50, plus interest, attorneys' fees and costs.

## THIRD CLAIM

18. Plaintiffs repeat and reallege the allegations set forth in paragraphs 1 through 17 hereof.

19. Plaintiff provided valuable work, materials, labor and services for the benefit of defendant in connection with the aforementioned Bills of Lading.

20. Defendant was unjustly enriched by its failure and refusal to pay as agreed for such work, materials, labor and services.

21. By reason of the foregoing, defendant is liable to plaintiff in the amount of $348,600.50, plus interest, attorneys' fees and costs.

WHEREFORE, Plaintiff demands judgment:

(1) on its First Claim, against defendant GLOBAL ENTERPRISE WORLDWIDE, LLC in an amount in excess of $348,600.50, plus interest, attorneys' fees and costs;

(2) on its Second Claim, against defendant GLOBAL ENTERPRISE WORLDWIDE, LLC in an amount in excess of $348,600.50, plus interest, attorneys' fees and costs;

(3) on its Third Claim, against defendant GLOBAL ENTERPRISE WORLDWIDE, LLC in an amount in excess of $348,600.50, plus interest, attorneys' fees and costs; and,

(4) for the costs and disbursements, including reasonable attorneys fees, of this action, and such other and further relief as the Court may deem just and proper.

Dated: New York, New York
       July 16, 2013

THE LAW OFFICES OF MARK MCKEW, PLLC
Attorneys for Plaintiff

By: _____
    Mark L. McKew
1725 York Ave., Suite 29A
New York, New York 10128
Email: mmckew@mckewnylaw.com
Tel: (212) 876-6783
Fax: (646) 478-9090

# EXHIBIT

# A

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

CMA CGM

Sheet 1 of 2

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) |
|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET –<br>SUITE 700 -<br>WILMINGTON DE 19801 – 1186 | NAM1411080  NA1973188<br>EXPORT REFERENCES (6) |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| NORTHERN LOGISTICS OY (CHINA) LTD.<br>RM 503, CHUANGZHAO PLAZA,<br>AILIAN SUBWAY STATION, SHENHUI<br>ROAD, LONGGANG DISTRICT, SHENZHEN,<br>CHINA PHONE +86 755 82149063<br>FAX +86 755 82685906 | CHB:<br>FMC: |

| NOTIFY (4) | POINT AND COUNTRY OF ORIGIN (8) |
|---|---|
|  | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20120712022366 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>CMA CGM FLORIDA<br>PG740W | PORT OF LOADING (12)<br>HOUSTON | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>ZHANGZHOU | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

## CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| . |  | 2x40HC CONTAINER:<br>SOUTHERN YELLOW PINE LOGS |  |  |
| CMAU5356405<br>SN# KYL 742592 | 19 | LOGS | 22734.000KGM | 39.650MTQ |
| INKU2692110<br>SN# KYL 742618 | 25 | LOGS | 19514.000KGM | 38.890MTQ |
|  |  | FREIGHT TO BE PREPAID<br>. |  |  |

SHIPPERS STOW, LOAD AND COUNT / F C L
T H C AT DESTINATION PAYABLE BY CONSIGNEES AS PER LINE/PORT TARIFF
GROUND RENT/STORAGES COSTS AT P O D FOR CONSIGNEE'S ACCOUNT ACCORDING TO PORT RATES
UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR
ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER
PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE.
FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP
RULES, 2004.
DEMURRAGE AND DETENTION PAYABLE BY THE MERCHANT AS PER CMA CGM TARIFF AVAILABLE ON THE WEB SITE WWW.CMA-
CGM.COM, OR IN ANY OF CMA CGM AGENCY
MIS-DECLARATION OF CARGO WEIGHT ENDANGERS CREW, PORT WORKERS AND VESSELS' SAFETY. YOUR CARGO MAY BE
WEIGHED AT ANY PLACE AND TIME OF CARRIAGE AND ANY MIS-DECLARATION WILL EXPOSE YOU TO CLAIMS FOR ALL
LOSSES, EXPENSES OR DAMAGES WHATSOEVER RESULTING THEREOF AND BE SUBJECT TO FREIGHT SURCHARGE.
The Shipper acknowledges that the Carrier may carry the Goods identified in this Bill of Lading on the deck
of any vessel and in taking remittance of this Bill of Lading the Merchant (including the Shipper, the
Consignee and the Holder of the Bill of Lading, as the case may be) confirms his express acceptance of all
the terms and conditions of this Bill of Lading and expressly confirms his unconditional and irrevocable
consent to the possible carriage of the Goods on the deck of any vessel.

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L
If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

## FREIGHT CHARGES (See clause 10 and 20)

| | | |
|---|---|---|
| Change of vess or dest., incl | USD | 200.00 P |
| Wharfage | USD | 62.00 P |
| Ocean Carrier-Intl Ship & port | USD | 10.00 P |
| Origin,Terminals-Intl Ship&Por | USD | 3.25 P |
| Documentation Fees, incl BsL s | USD | 50.00 P |
| Change of destination(at sea) | USD | .00 P |
| Late payment, fee for | USD | 50.00 P |
| Late payment, fee for | USD | 200.00 P |

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE       TOTAL $

IN WITNESS WHEREOF THREE (3)

Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No.<br>CMDU |
|---|---|---|---|
| 20-JUL-12 | | | NA1973188 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

By_____

(Continued on reverse side)

CMA000001

**CMA CGM**

## BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 2 of 2

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) |
|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET –<br>SUITE 700 -<br>WILMINGTON DE 19801 – 1186 | NAM1411080     NA1973188 |
| | EXPORT REFERENCES (6) |
| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>NORTHERN LOGISTICS OY (CHINA) LTD.<br>RM 503, CHUANGZHAO PLAZA,<br>AILIAN SUBWAY STATION, SHENHUI<br>ROAD, LONGGANG DISTRICT, SHENZHEN,<br>CHINA PHONE +86 755 82149063<br>FAX +86 755 82685906 | FORWARDING AGENT - REFERENCES (7)<br>CHB:<br>FMC: |
| NOTIFY (4) | POINT AND COUNTRY OF ORIGIN (8) |
| | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20120712022366 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>CMA CGM FLORIDA<br>PG740W | PORT OF LOADING (12)<br>HOUSTON | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>ZHANGZHOU | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| | | By tendering the hazardous goods for carriage, Merchant guarantees the accuracy of the description of the goods and undertakes to warn the consignee, the notify party, and all its sub contractors on the transport, storage and handling prescriptions referred to in the IMDG Code and the Material Safety Data Sheet. Merchant's particular attention is drawn on clause 20 of this bill of lading. | | |

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

| FREIGHT CHARGES (See clause 10 and 20) | | | |
|---|---|---|---|
| Change of vess or dest., incl | USD | 200.00 | P |
| Wharfage | USD | 62.00 | P |
| Ocean Carrier-Intl Ship & port | USD | 10.00 | P |
| Origin, Terminals-Intl Ship&Por | USD | 3.25 | P |
| Import documentation fees | CNY | 350.00 | C |
| OCEAN FREIGHT | USD | 4000.00 | P |
| TOTAL COLLECT | CNY | 350.00 | C |
| TOTAL PREPAID | USD | 4850.50 | P |
| DECLARED VALUE CHARGES (See Clause 10) | | | |
| HARBOR TAX/LIGHTERAGE     TOTAL $ | | | |

IN WITNESS WHEREOF   THREE (3)

Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No.<br>CMDU |
|---|---|---|---|
| 20-JUL-12 | | | NA1973188 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

By_____

(Continued on reverse side)

**CMA000002**



## BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 1 of 3

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) | |
|---|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET – SUITE 700<br>– WILMINGTON DE 19801 – 1186 | NAM1385284C | NA2255397 |
| | EXPORT REFERENCES (6) | |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| MARKWIN LOGISTICS INDIA PVT LTD,<br>C/O M/s. EXPRESS WAY 133/1/1A, S N<br>BANERJEE ROAD, 4TH FLOOR, KOLKATTA-<br>700013 TEL:+9133 30082300 (HUNTING)<br>FAX:+91 33 30082319/20 CTC:SATHEESH<br>KRISHNAN/MOB: +91 9677286201* | CHB:<br>FMC: |
| NOTIFY (4) | |
| | POINT AND COUNTRY OF ORIGIN (8) |
| | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20120702055264<br>*MR. DEVENDRA KUMAR: +91 9884111378 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT*<br>PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>CMA CGM FLORIDA<br>PG740W | PORT OF LOADING (12)<br>HOUSTON, TX | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>KOLKATA(CALCUTTA) | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| .<br><br>ECMU9535525<br>SN# KYL 742583 | 52 | 1x40HC CONTAINER:<br>SOUTHERN YELLOW PINE LOGS<br><br>LOGS<br><br>Shipped on Board CMA CGM FLORIDA 20-JUL-2012 CMA CGM America LLC As agents for the Carrier<br>FREIGHT TO BE PREPAID | 24227.000KGM | 40.295MTQ |

SHIPPERS STOW, LOAD AND COUNT / F C L
DESTUFFING CHARGES AT DESTINATION AS PER LINE'S TARIFF FOR CONSIGNEE'S ACCOUNT
T H C AT DESTINATION PAYABLE BY CONSIGNEES AS PER LINE/PORT TARIFF
ANY FINES/ADDITIONAL EXPENSES SUCH AS BUT NOT LIMITED TO CONTAINER DETENTION CHARGES OR PORT STORAGES INCURRED AT POD BEFORE FINAL TRANSFER TO FPD, DUE TO IMPROPER CARGO DESCRIPTION OR NON SUBMISSIONS OF REQUESTED DOCUMENTS WILL BE ON ACCOUNT OF THE CARGO.
STAMP DUTY ON DELIVERY ORDERS AND ADMINISTRATIVE CHARGES THEREON FOR RECEIVER'S ACCOUNT.
UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE.
FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.
DEMURRAGE AND DETENTION PAYABLE BY THE MERCHANT AS PER CMA CGM TARIFF AVAILABLE ON THE WEB SITE WWW.CMA-CGM.COM, OR IN ANY OF CMA CGM AGENCY
MIS-DECLARATION OF CARGO WEIGHT ENDANGERS CREW, PORT WORKERS AND VESSELS' SAFETY. YOUR CARGO MAY BE WEIGHED AT ANY PLACE AND TIME OF CARRIAGE AND ANY MIS-DECLARATION WILL EXPOSE YOU TO CLAIMS FOR ALL LOSSES, EXPENSES OR DAMAGES WHATSOEVER RESULTING THEREOF AND BE SUBJECT TO FREIGHT SURCHARGE.
The Shipper acknowledges that the Carrier may carry the Goods identified in this Bill of Lading on the deck

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L
If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.
*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.
All actions against Carrier under the contract of Carriage evidenced by this Waybill shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Waybill may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

FREIGHT CHARGES (See clause 10 and 20)

| | | | |
|---|---|---|---|
| Change of vess or dest., incl | USD | 200.00 | P |
| Wharfage | USD | 62.00 | P |
| Ocean Carrier-Intl Ship & port | USD | 10.00 | P |
| Origin,Terminals-Intl Ship&Por | USD | 3.25 | P |
| Documentation Fees, incl BsL s | USD | 50.00 | P |
| Late payment, fee for | USD | 50.00 | P |
| Late payment, fee for | USD | 200.00 | P |
| Terminal handl. ch destinatio | INR | 3700.00 | C |

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE          TOTAL $

IN WITNESS WHEREOF   ZERO
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No.<br>CMDU |
|---|---|---|---|
| 20-JUL-12 | | | NA2255397 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

By_____

(Continued on reverse side)

DRAFT

**CMA000003**



## BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 2 of 3

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) | |
|---|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET – SUITE 700<br>– WILMINGTON DE 19801 – 1186 | NAM1385284C | NA2255397 |
| | EXPORT REFERENCES (6) | |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| MARKWIN LOGISTICS INDIA PVT LTD,<br>C/O M/s. EXPRESS WAY 133/1/1A, S N<br>BANERJEE ROAD, 4TH FLOOR, KOLKATTA-<br>700013 TEL:+9133 30082300 (HUNTING)<br>FAX:+91 33 30082319/20 CTC:SATHEESH<br>KRISHNAN/MOB: +91 9677286201* | CHB:<br>FMC: |

| NOTIFY (4) | POINT AND COUNTRY OF ORIGIN (8) |
|---|---|
| | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20120702055264<br>*MR. DEVENDRA KUMAR: +91 9884111378 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT*<br>PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>**CMA CGM FLORIDA**<br>**PG740W** | PORT OF LOADING (12)<br>HOUSTON, TX | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>KOLKATA(CALCUTTA) | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |

of any vessel and in taking remittance of this Bill of Lading the Merchant (including the Shipper, the Consignee and the Holder of the Bill of Lading, as the case may be) confirms his express acceptance of all the terms and conditions of this Bill of Lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the Goods on the deck of any vessel.
By tendering the hazardous goods for carriage, Merchant guarantees the accuracy of the description of the goods and undertakes to warn the consignee, the notify party, and all its sub contractors on the transport, storage and handling prescriptions referred to in the IMDG Code and the Material Safety Data Sheet.
Merchant's particular attention is drawn on clause 20 of this bill of lading.

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Waybill shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Waybill may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

FREIGHT CHARGES (See clause 10 and 20)

| | | | |
|---|---|---|---|
| Admn Fee - Customs Manifest Am | INR | 2500.00 | C |
| Delivery Order fee | INR | 2750.00 | C |
| HBL additional, FCL | INR | 1750.00 | C |
| Cleaning and disinfection char | INR | 1000.00 | C |
| Phytosanitary survey incl quar | INR | 500.00 | C |
| Container maintenance charge | INR | 1600.00 | C |
| Delivery Order fee - special r | INR | 250.00 | C |
| OCEAN FREIGHT | USD | 3000.00 | P |

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE         TOTAL $

IN WITNESS WHEREOF   ZERO

Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No.<br>CMDU |
|---|---|---|---|
| 20-JUL-12 | | | NA2255397 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

By_____

(Continued on reverse side)

**CMA000004**

**CMA CGM**

## BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 3 of 3

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) | |
|---|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET – SUITE 700<br>– WILMINGTON DE 19801 – 1186 | NAM1385284C | NA2255397 |
| | EXPORT REFERENCES (6) | |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| MARKWIN LOGISTICS INDIA PVT LTD,<br>C/O M/s. EXPRESS WAY 133/1/1A, S N<br>BANERJEE ROAD, 4TH FLOOR, KOLKATTA-<br>700013 TEL:+9133 30082300 (HUNTING)<br>FAX:+91 33 30082319/20 CTC:SATHEESH<br>KRISHNAN/MOB: +91 9677286201* | CHB:<br>FMC: |

| NOTIFY (4) | POINT AND COUNTRY OF ORIGIN (8) |
|---|---|
| | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20120702055264<br>*MR. DEVENDRA KUMAR: +91 9884111378 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>**CMA CGM FLORIDA**<br>**PG740W** | PORT OF LOADING (12)<br>HOUSTON, TX | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>KOLKATA(CALCUTTA) | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| | | SHIPPERS DECLARED VALUE<br>SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L | | |

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Waybill shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Waybill may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

| FREIGHT CHARGES (See clause 10 and 20) | | | | IN WITNESS WHEREOF   ZERO |
|---|---|---|---|---|
| TOTAL COLLECT | | INR | 14050.00 C | Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void. |
| TOTAL PREPAID | | USD | 3575.25 P | |

| | | | | BL/No. |
|---|---|---|---|---|
| | DAY | MONTH | YEAR | CMDU |
| | 20-JUL-12 | | | NA2255397 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

| DECLARED VALUE CHARGES (See Clause 10) | | | |
|---|---|---|---|
| HARBOR TAX/LIGHTERAGE | TOTAL $ | | By_____ |

(Continued on reverse side)

**CMA000005**



# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 1 of 5

| | |
|---|---|
| **SHIPPER/EXPORTER (2)**<br>GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET SUITE 700<br>WILMINGTON DE 19801 - 1186 | **DOCUMENT NO (5)**<br>NAM1508009                    NA2312773<br>**EXPORT REFERENCES (6)** |
| **CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>FUJIAN ZHANGZHOU FOREIGN TRADE CO.,<br>LTD. FOREIGN TRADE BUILDING,<br>32 NORTH ZINHUA RD.,<br>ZHANGZHOU, FUJIAN, CHINA | **FORWARDING AGENT - REFERENCES (7)**<br>CHB:<br>FMC: |
| **NOTIFY (4)** | **POINT AND COUNTRY OF ORIGIN (8)** |
| | **DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**<br>NO SED REQUIRED - X20121219019505 |
| **PIER/TERMINAL (10)**<br>Bayport Container Terminal | **COMBINED TRANSPORT\* PRECARRIAGE FROM (10A)**<br>- |
| **VESSEL (11)**<br>**CMA CGM FLORIDA**<br>**PG784W** | **PORT OF LOADING (12)**<br>HOUSTON, TX |
| **PORT OF DISCHARGE FROM VESSEL (13)**<br>QINGDAO, CHINA | **FOR TRANSHIPMENT TO (14)** | **COMBINED TRANSPORT - ONWARD CARRIAGE (15)\***<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| **MARKS AND NUMBERS (16)** | **NO. of PKGS. (17)** | **DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT** | **GROSS WEIGHT (19)** | **MEASUREMENT (20)** |
| . | | 26x40HC CONTAINERS:<br>SOUTHERN YELLOW PINE LOGS | | |
| ECMU9287732<br>SN# KYL742765 | 23 | LOGS<br>6.6976 MBF | 18688.000KGS | |
| CMAU5206982<br>SN# KYL742764 | 23 | LOGS<br>5.1382 MBF | 19269.000KGS | |
| XINU8046225<br>SN# KYL742763 | 26 | LOGS<br>5.8131 MBF | 21736.000KGS | |
| GVTU5017518<br>SN# KYL742757 | 23 | LOGS<br>5.9503 MBF | 18470.000KGS | |
| CAIU9073360<br>SN# KYL742758 | 23 | LOGS<br>5.4936 MBF | 18325.000KGS | |
| CMAU5060563<br>SN# KYL742762 | 23 | LOGS<br>5.7055 MBF | 16946.000KGS | |
| CMAU5862419<br>SN# KYL742761 | 23 | LOGS<br>6.1408 MBF | 20049.000KGS | |
| ECMU9574497 | 23 | LOGS | 19487.000KGS | |

DRAFT

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

\*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the  "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

| FREIGHT CHARGES (See clause 10 and 20) | | | |
|---|---|---|---|
| BASIC FREIGHT | USD | 41600.00 | P |
| Ocean Carrier-Intl Ship & port | USD | 260.00 | P |
| Documentation Fees, incl BsL s | USD | 50.00 | P |
| Origin,Terminals-Intl Ship&Por | USD | 84.50 | P |
| Wharfage | USD | 1612.00 | P |
| Late payment, fee for | USD | 50.00 | P |
| Late payment, fee for | USD | 200.00 | P |
| Import documentation fees | CNY | 400.00 | C |

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE            TOTAL $

IN WITNESS WHEREOF  THREE (3)

Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No.<br>CMDU |
|---|---|---|---|
| | 22-DEC-12 | | NA2312773 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

By_____
(Continued on reverse side)

**CMA000006**



## BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT
Sheet 2 of 5

**SHIPPER/EXPORTER (2)**
GLOBAL ENTERPRISE WORLDWIDE LLC
1201 N ORANGE STREET SUITE 700
WILMINGTON DE 19801 - 1186

**DOCUMENT NO (5)**
NAM1508009                                NA2312773

**EXPORT REFERENCES (6)**

**CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**
FUJIAN ZHANGZHOU FOREIGN TRADE CO.,
LTD. FOREIGN TRADE BUILDING,
32 NORTH ZINHUA RD.,
ZHANGZHOU, FUJIAN, CHINA

**FORWARDING AGENT - REFERENCES (7)**
CHB:
FMC:

**NOTIFY (4)**

**POINT AND COUNTRY OF ORIGIN (8)**

**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**
NO SED REQUIRED - X20121219019505

**PIER/TERMINAL (10)**
Bayport Container Terminal

**COMBINED TRANSPORT* PRECARRIAGE FROM (10A)**
-

**VESSEL (11)**
CMA CGM FLORIDA
PG784W

**PORT OF LOADING (12)**
HOUSTON, TX

**PORT OF DISCHARGE FROM VESSEL (13)**
QINGDAO, CHINA

**FOR TRANSHIPMENT TO (14)**

**COMBINED TRANSPORT - ONWARD CARRIAGE (15)***
-

### CARRIER'S RECEIPT / PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| SN# KYL742760 | | 5.1790 MBF | | |
| CAIU9069680 SN# KYL742756 | 23 | LOGS 5.0147 MBF | 16511.000KGS | |
| CAIU9070823 SN# KYL742759 | 20 | LOGS 6.3024 MBF | 19804.000KGS | |
| GESU5974960 SN# KYL742755 | 23 | LOGS 5.7965 MBF | 20040.000KGS | |
| ECMU9158437 SN# KYL742794 | 23 | LOGS 5.2139 MBF | 16320.000KGS | |
| GESU5077885 SN# KYL732795 | 25 | LOGS 5.3347 MBF | 19559.000KGS | |
| DFSU6640312 SN# KYL742753 | 23 | LOGS 5.7378 MBF | 19866.000KGS | |
| CAIU8531983 SN# KYL742752 | 23 | LOGS 6.2004 MBF | 19877.000KGS | |
| GLDU0878960 SN# KYL742798 | 23 | LOGS 5.6683 MBF | 18126.000KGS | |

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

**FREIGHT CHARGES (See clause 10 and 20)**

| | | |
|---|---|---|
| TOTAL COLLECT | CNY | 400.00 C |
| TOTAL PREPAID | USD | 43856.50 P |

IN WITNESS WHEREOF THREE (3)
Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void.

| DAY | MONTH | YEAR | BL/No. CMDU |
|---|---|---|---|
| 22-DEC-12 | | | NA2312773 |

Signed for the Carrier CMA CGM SA by
CMA CGM (AMERICA) LLC as agent for the Carrier

DECLARED VALUE CHARGES (See Clause 10)
HARBOR TAX/LIGHTERAGE          TOTAL $

By _____
(Continued on reverse side)

CMA000007



# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 3 of 5

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) | |
|---|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET SUITE 700<br>WILMINGTON DE 19801 - 1186 | NAM1508009 | NA2312773 |
| | EXPORT REFERENCES (6) | |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| FUJIAN ZHANGZHOU FOREIGN TRADE CO.,<br>LTD. FOREIGN TRADE BUILDING,<br>32 NORTH ZINHUA RD.,<br>ZHANGZHOU, FUJIAN, CHINA | CHB:<br>FMC: |

| NOTIFY (4) | POINT AND COUNTRY OF ORIGIN (8) |
|---|---|
| | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20121219019505 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>CMA CGM FLORIDA<br>PG784W | PORT OF LOADING (12)<br>HOUSTON, TX | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>QINGDAO, CHINA | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| GLDU7136601<br>SN# KYL742754 | 23 | LOGS<br>6.2081 MBF | 18525.000KGS | |
| INKU6206243<br>SN# KYL742751 | 26 | LOGS<br>6.1563 MBF | 19895.000KGS | |
| TGHU6267183<br>SN# KYL742800 | 23 | LOGS<br>5.9618 MBF | 17663.000KGS | |
| CAIU8155910<br>SN# KYL742799 | 23 | LOGS<br>6.6111 MBF | 21029.000KGS | |
| UNIU5025754<br>SN# KYL742790 | 23 | LOGS<br>4.9543 MBF | 16511.000KGS | |
| TCNU9237690<br>SN# KYL742796 | 24 | LOGS<br>4.7710 MBF | 16547.000KGS | |
| GESU4563033<br>SN# KYL742797 | 25 | LOGS<br>5.5463 MBF | 18734.000KGS | |
| CAIU8139463<br>SN# KYL742792 | 23 | LOGS<br>4.5350 MBF | 15468.000KGS | |

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

| FREIGHT CHARGES (See clause 10 and 20) | IN WITNESS WHEREOF   THREE (3) |
|---|---|
| | Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void. |
| | DAY   MONTH   YEAR           BL/No.<br>                                        CMDU<br>22-DEC-12                    NA2312773<br>Signed for the Carrier CMA CGM SA by<br>CMA CGM (AMERICA) LLC as agent for the Carrier |
| DECLARED VALUE CHARGES (See Clause 10)<br>HARBOR TAX/LIGHTERAGE<br>TOTAL $ | By_____ |

(Continued on reverse side)

**CMA000008**

# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

CMA CGM

Sheet 4 of 5

| | |
|---|---|
| **SHIPPER/EXPORTER (2)**<br>GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET SUITE 700<br>WILMINGTON DE 19801 - 1186 | **DOCUMENT NO (5)**<br>NAM1508009    NA2312773<br>**EXPORT REFERENCES (6)** |
| **CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>FUJIAN ZHANGZHOU FOREIGN TRADE CO.,<br>LTD. FOREIGN TRADE BUILDING,<br>32 NORTH ZINHUA RD.,<br>ZHANGZHOU, FUJIAN, CHINA | **FORWARDING AGENT - REFERENCES (7)**<br>CHB:<br>FMC: |
| **NOTIFY (4)** | **POINT AND COUNTRY OF ORIGIN (8)**<br><br>**DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)**<br>NO SED REQUIRED - X20121219019505 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| **VESSEL (11)**<br>**CMA CGM FLORIDA**<br>**PG784W** | **PORT OF LOADING (12)**<br>HOUSTON, TX | |
| **PORT OF DISCHARGE FROM VESSEL (13)**<br>QINGDAO, CHINA | **FOR TRANSHIPMENT TO (14)** | **COMBINED TRANSPORT - ONWARD CARRIAGE (15)***<br>- |

## CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18) SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
|---|---|---|---|---|
| GESU4035606<br>SN# KY742793 | 23 | LOGS<br>6.3062 MBF | 18588.000KGS | |
| CAIU8552796<br>SN# KYL742791 | 23 | LOGS<br>4.3495 MBF | 15740.000KGS | |
| | | Shipped on Board CMA CGM FLORIDA 22-DEC-2012 CMA CGM America LLC As agents for the Carrier<br>FREIGHT TO BE PREPAID | | |

SHIPPERS STOW, LOAD AND COUNT   /  F C L
CARGO AT PORT IS AT RECEIVER RISK, EXPENSES AND RESPONSIBILITY
UNLESS THE VALUE OF CARGO IS DECLARED ON THE FACE OF THIS BILL OF LADING OR WAYBILL IN THE CONDITIONS SET FOR ON THE REVERSE, LIMITATION OF LIABILITY IN RESPECT OF LOSS OR DAMAGE TO GOODS SHALL NOT EXCEED USD 500.00 PER PACKAGE, OR CUSTOMARY FREIGHT UNIT IF GOODS ARE NOT SHIPPED IN PACKAGE.
FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.
DEMURRAGE AND DETENTION PAYABLE BY THE MERCHANT AS PER CMA CGM TARIFF AVAILABLE ON THE WEB SITE WWW.CMA-CGM.COM, OR IN ANY OF CMA CGM AGENCY
MIS-DECLARATION OF CARGO WEIGHT ENDANGERS CREW, PORT WORKERS AND VESSELS' SAFETY.  YOUR  CARGO  MAY BE WEIGHED AT ANY PLACE AND TIME OF CARRIAGE  AND  ANY  MIS-DECLARATION WILL EXPOSE YOU TO CLAIMS FOR ALL LOSSES, EXPENSES OR DAMAGES WHATSOEVER RESULTING THEREOF AND BE SUBJECT TO FREIGHT SURCHARGE.
The Shipper acknowledges that the Carrier may carry the Goods identified in this Bill of Lading on the deck of any vessel and in taking remittance of this Bill of Lading the Merchant (including the Shipper, the Consignee and the Holder of the Bill of Lading, as the case may be) confirms his express acceptance of all the terms and conditions of this Bill of Lading and expressly confirms his unconditional and irrevocable consent to the possible carriage of the Goods on the deck of any vessel.
By tendering the hazardous goods for carriage, Merchant guarantees the accuracy of the description of the

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L
If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.
*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the  "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

| FREIGHT CHARGES (See clause 10 and 20) | IN WITNESS WHEREOF   THREE (3) |
|---|---|
| | Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void. |
| | DAY   MONTH   YEAR     BL/No. CMDU<br>22-DEC-12                  NA2312773<br>Signed for the Carrier CMA CGM SA by<br>CMA CGM (AMERICA) LLC as agent for the Carrier |
| DECLARED VALUE CHARGES (See Clause 10)<br>HARBOR TAX/LIGHTERAGE<br>TOTAL $ | By_____<br>(Continued on reverse side) |

CMA000009



# BILL OF LADING FOR COMBINED TRANSPORT AND PORT TO PORT SHIPMENT

Sheet 5 of 5

| SHIPPER/EXPORTER (2) | DOCUMENT NO (5) |
|---|---|
| GLOBAL ENTERPRISE WORLDWIDE LLC<br>1201 N ORANGE STREET SUITE 700<br>WILMINGTON DE 19801 - 1186 | NAM1508009                NA2312773<br>EXPORT REFERENCES (6) |

| CONSIGNEE (3) (NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER) | FORWARDING AGENT - REFERENCES (7) |
|---|---|
| FUJIAN ZHANGZHOU FOREIGN TRADE CO.,<br>LTD. FOREIGN TRADE BUILDING,<br>32 NORTH ZINHUA RD.,<br>ZHANGZHOU, FUJIAN, CHINA | CHB:<br>FMC: |

| NOTIFY (4) | POINT AND COUNTRY OF ORIGIN (8) |
|---|---|
|  | DOMESTIC ROUTING/EXPORT INSTRUCTIONS (9)<br>NO SED REQUIRED - X20121219019505 |

| PIER/TERMINAL (10) | COMBINED TRANSPORT* PRECARRIAGE FROM (10A) | |
|---|---|---|
| Bayport Container Terminal | - | |
| VESSEL (11)<br>**CMA CGM FLORIDA**<br>**PG784W** | PORT OF LOADING (12)<br>HOUSTON, TX | |
| PORT OF DISCHARGE FROM VESSEL (13)<br>QINGDAO, CHINA | FOR TRANSHIPMENT TO (14) | COMBINED TRANSPORT - ONWARD CARRIAGE (15)*<br>- |

| CARRIER'S RECEIPT | | PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE | | |
|---|---|---|---|---|
| MARKS AND NUMBERS (16) | NO. of PKGS. (17) | DESCRIPTION OF GOODS (18)<br>SHIPPERS STOW LOAD AND COUNT | GROSS WEIGHT (19) | MEASUREMENT (20) |
| | | goods and undertakes to warn the consignee, the notify party, and all its sub contractors on the transport, storage and handling prescriptions referred to in the IMDG Code and the Material Safety Data Sheet. Merchant's particular attention is drawn on clause 20 of this bill of lading. | | |

SHIPPERS DECLARED VALUE
SUBJECT TO EXTRA FREIGHT AS PER TARIFF AND CLAUSE 10 OF THIS B/L

If above commodities, technology, or software were exported from the U.S., the Export Administration Regulations must be complied by the Merchant. Diversions contrary to U.S. law prohibited.

*If the Pre-Carriage or Onward Carriage boxes are filled out, shipment will be treated as Through Combined Transport. Carrier undertakes entire transport from the place where the goods are taken in charge to the place designated for their delivery and assumes full liability for such transport as per clause 15.

RECEIVED in external good order and condition, except as otherwise indicated herein, the number of packages listed in the Carriers Receipt, said to contain the goods described in the Particulars Furnished by Shipper (contents, weight and measurement unknown to Carrier) to be transported to the port of discharge, or to such other place authorized or permitted herein, or so near thereto as the vessel can get, lie and leave, always in safety and without delay, and there to be delivered to consignee, or authorized receiver, or on carrier on payment of all charges due thereon.

All actions against Carrier under the contract of Carriage evidenced by this Bill of Lading shall be brought before the "Tribunal de Commerce de MARSEILLE" and no other Court shall have jurisdiction with regards to any such action. Actions against the Merchant under the contract of Carriage evidenced by this Bill of Lading may be brought before the "Tribunal de Commerce de MARSEILLE" or, in Carrier's sole discretion, in another court of competent jurisdiction.

| FREIGHT CHARGES (See clause 10 and 20) | | IN WITNESS WHEREOF   THREE (3) |
|---|---|---|
| | | Bills of Lading all of like tenor, have been executed, ONE of which being accomplished, the other shall stand void. |
| | | DAY   MONTH   YEAR    BL/No. CMDU |
| | | 22-DEC-12    NA2312773 |
| | | Signed for the Carrier CMA CGM SA by<br>CMA CGM (AMERICA) LLC as agent for the Carrier |
| DECLARED VALUE CHARGES (See Clause 10)<br>HARBOR TAX/LIGHTERAGE       TOTAL $ | | By_____ |

(Continued on reverse side)

**CMA000010**